## Vennie Fowler v. State.

149 So. 14.

Division B.

Decision Filed June 21, 1933.

*H. V. McClellan* and *J. Ed Stokes,* for Plaintiff in Error;

*Cary D. Landis,* Attorney General and *Roy Campbell,* Assistant, for the State.

Per Curiam.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

Whitfield, Brown and Buford, J. J., concur.

## A. R. Miller v. L. N. Carrington.

149 So. 15.

Division B.

Decision Filed June 21, 1933.

Rehearing Denied July 13, 1933.

*C. P. Diamond* and *S. N. Smith,* for Plaintiff in Error; *Vocelle & Mitchell,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby affirmed.

WHITFIELD, BROWN and BUFORD, J. J., concur.

LIZZIE REED MEREDITH, *a widow,* v. WILLIAM H. CARTER

149 So. 408.

Division B.

Opinion Filed June 21, 1933.

D. H. *Dwyer,* for Plaintiff in Error;

J. W. *Salisbury,* for Defendant in Error.

PER CURIAM.—The appeal in this case is from a final decree of foreclosure in the suit brought to foreclose a mortgage. The decree appealed from was filed on the 24th day of February, 1932, on rehearing after a final decree in favor of defendant had been originally filed on December 15, 1931.

Whether the decree of December 15, 1931, is correct or the decree appealed from is correct depends entirely upon